## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JAMES R. TAYLOR,

                :

        Petitioner,               Case No. 3:04-cv-154

                      :       Chief District Judge Sandra S. Beckwith

    -vs-                  Chief Magistrate Judge Michael R. Merz

MARGARET BRADSHAW, Warden,

                      :

        Respondent.

---

### SUBSTITUTED REPORT AND RECOMMENDATIONS ON THE MERITS

---

        The Court having been advised that Petitioner has died of natural causes, it is respectfully recommended, in lieu of the original Report and Recommendations herein, that the Petition be dismissed with prejudice as moot.

February 5, 2008.

                              s/ **Michael R. Merz**
                         Chief United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

        Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with this Report and Recommendations.  Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate

1

Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within ten days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).