UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

James R. Taylor, : Case No. 3:04-cv-154
:
    Petitioner, :
:
vs. :
:
Margaret Bradshaw, Warden, :
:
    Respondent. :

**ORDER ADOPTING SUBSTITUTED REPORT AND RECOMMENDATIONS**

Before the Court is the Chief Magistrate Judge's Substituted Report and Recommendations on the Merits in this capital habeas corpus petition. (Doc. 66) The Substituted Report notes that Petitioner, James R. Taylor, has died of natural causes, and recommends that his Petition be dismissed with prejudice as moot. This is the proper result. See, e.g., Dove v. United States, 423 U.S. 325 (1976). Therefore, the Petition is hereby dismissed with prejudice.

    THIS CASE IS CLOSED.

    SO ORDERED.

Dated: February 22nd, 2008

                                      Sandra S. Beckwith, Chief Judge
                                      United States District Court